THE GENERAL COMMERCIAL COMPANY, LTD., Appellant,
*v.* WILLIAM SCHALL et al., Copartners under the Name
of WILLIAM SCHALL & COMPANY, Respondents.

*Contract — sale — action to recover for failure to deliver — defense that
shipping instructions were not given in time.*

General Commercial Co., Ltd., v. Schall, 208 App. Div. 717, affirmed.
(Argued May 23, 1924; decided June 6, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered January 17, 1924, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court at a Trial Term. The action was brought
by the buyer against the seller to recover for breach of
contract of sale. The contract was for granulated sugar
and contained clauses: *First,* " Goods to be ready for
delivery during January, 1920, but not before the 20th;"
*second,* " We to furnish you with shipping instructions
at least 10 days prior to shipment;" *third,* " Delivery to
be made f. a. s. N. Y." It was provided that the
buyer should export the goods and " if for any reason
whatsoever the buyer shall fail to furnish the documents
as aforesaid, in consequence whereof the seller shall be
deprived of the benefit of the drawback allowed by law,
the buyer hereby agrees to pay·to the seller on demand
a sum equal to the amount which the seller would have
recovered by way of drawback but for the nonperform-
ance aforesaid." Shipping instructions were given upon
the twenty-sixth day of January. Those instructions
provided for delivery to a warehouse in the borough of
Manhattan. At the trial the court directed judgment
for the defendants.

*Carlyle M. Keyes* and *Carl A. Rood* for appellant.

*Eugene Congleton, Francis E. Neagle* and *Raymond
E. Cook* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.